■ ARTHUR PAPERMAN, Respondent, v TURNER CONSTRUCTION COMPANY et al., Respondents. CITICORP et al., Third-Party Plaintiffs-Respondents-Appellants, v GEORGE KLEINKNECHT ELECTRIC, INC., Third-Party Defendant-Appellant-Respondent. [611 NYS2d 166] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on or about December 1, 1993, which, *inter alia,* granted plaintiff's summary judgment motion with respect to his cause of action founded on Labor Law § 240 (1), unanimously affirmed, without costs.

As it is clear that plaintiff's injury was a direct result of the failure of defendants to provide adequate safety devices or other proper protection to plaintiff who fell off an A-frame ladder and sustained injuries while working for defendants, there was a violation of Labor Law § 240 (1), as a matter of law *(see, MacNair v Salamon,* 199 AD2d 170). Moreover, the purported culpability of plaintiff is not a defense to his section 240 (1) claim *(Stolt v General Foods Corp.,* 81 NY2d 918).

As to the third-party claim, while it appears that the third-party defendant was not covered by Citibank/Citicorp's policy of insurance at the time of the accident, and therefore, the policy of anti-subrogation would be inapplicable here, at the very least, a question of fact exists in such regard sufficient to preclude a grant of summary judgment on said claim. Concur —Rosenberger, J. P., Ross, Rubin, Nardelli and Tom, JJ.